UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| CALLANDRA THOMAS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DAVID BURCHOWITZ, et al.,<br><br>　　　　Defendants. | Case No. 2:25-cv-00999-JAD-EJY<br><br>**REPORT AND RECOMMENDATION** |

This action was initiated on June 26, 2025 when Plaintiff, proceeding *pro se*, submitted an Application to Proceed *in forma pauperis* ("IFP") together with a Complaint. ECF Nos. 1, 1-1. On June 10, 2025, the Court granted Plaintiff's IFP request and dismissed her Complaint without prejudice but with leave to amend no later than July 7, 2025. ECF No. 3. The Court explained to Plaintiff that failure to comply with the Order would result in a recommendation to dismiss this action in its entirety. *Id.* As of the date of this Recommendation, Plaintiff has not complied with the Court's Order; nor has she otherwise communicated with the Court.

Accordingly, and based on the foregoing, IT IS HEREBY RECOMMENDED that this matter be dismissed without prejudice for failure to comply with the Court's Order.

DATED this 10th day of July, 2025.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

**NOTICE**

Under Local Rule IB 3-2, any objection to this Report and Recommendation must be in writing and filed with the Clerk of the Court within fourteen (14) days. The Supreme Court holds the courts of appeal may determine that an appeal has been waived due to the failure to file objections within the specified time. *Thomas v. Arn*, 474 U.S. 140, 142 (1985). The Ninth Circuit also held

1

1  that (1) failure to file objections within the specified time and (2) failure to properly address and
2  brief the objectionable issues waives the right to appeal the District Court's order and/or appeal
3  factual issues from the order of the District Court.  *Martinez v. Ylst,* 951 F.2d 1153, 1157 (9th Cir.
4  1991); *Britt v. Simi Valley United Sch. Dist.*, 708 F.2d 452, 454 (9th Cir. 1983).