UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| CALLANDRA THOMAS,<br><br>Plaintiff,<br><br>v.<br><br>DAVID BURCHOWITZ, et al.,<br><br>Defendants. | Case No. 2:25-cv-00999-JAD-EJY<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING CASE** |

On July 10, 2025, the magistrate judge entered this report and recommendation [ECF No. 4]:

    This action was initiated on June 26, 2025 when Plaintiff, proceeding *pro se*, submitted an Application to Proceed *in forma pauperis* ("IFP") together with a Complaint. ECF Nos. 1, 1-1. On June 10, 2025, the Court granted Plaintiff's IFP request and dismissed her Complaint without prejudice but with leave to amend no later than July 7, 2025. ECF No. 3. The Court explained to Plaintiff that failure to comply with the Order would result in a recommendation to dismiss this action in its entirety. *Id.* As of the date of this Recommendation, Plaintiff has not complied with the Court's Order; nor has she otherwise communicated with the Court.

    Accordingly, and based on the foregoing, IT IS HEREBY RECOMMENDED that this matter be dismissed without prejudice for failure to comply with the Court's Order.

    DATED this 10th day of July, 2025.

                                                  ELAYNA J. YOUCHAH
                                                  UNITED STATES MAGISTRATE JUDGE

**ORDER ADOPTING REPORT AND RECOMMENDATION**

    The deadline for any party to object to this recommendation was July 24, 2025, and no party filed anything or asked to extend the deadline to do so. "[N]o review is required of a magistrate judge's report and recommendation unless objections are filed." *United States v.*

1

1   *Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003).  Having reviewed the report and
2   recommendation, I find good cause to adopt it, and I do.  IT IS THEREFORE ORDERED that the
3   Magistrate Judge's Report and Recommendation **[ECF No. 4] is ADOPTED** in its entirety, and
4   **this case is DISMISSED** without prejudice.  **The Clerk of Court is directed to ENTER**
5   **JUDGMENT accordingly and CLOSE THIS CASE.**

_____
U.S. District Judge Jennifer A. Dorsey
Dated: July 28, 2025